**E. Clarke Balcom**, #011952
balcom@clarkebalcomlaw.com
**Joel D. Shapiro**, #003814
jshapiro@clarkebalcomlaw.com
**CLARKE BALCOM, P.C.**
1312 SW 16th Ave, 2nd Floor
Portland, OR 97201-2516
Telephone (503) 224-5950
Fax (503) 467-4669
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE R. ALCORN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICK L. PERRY, LARRY J. JACKSON. SR., GROVER W. SPARKMAN, and FAIRFIELD FINANCIAL SERVICES, INC.,<br><br>　　　　　　Defendants. | Case No. 3:17-CV-00500<br><br>**STIPULATED NOTICE OF DISMISSAL** |

　　　　Plaintiff seeks to voluntarily dismiss without prejudice this action against Defendants Grover W. Sparkman and Fairfield Financial Services, Inc., and by stipulation of the parties, hereby requests the Court enter an order for dismissal pursuant to Fed. R. Civ. P. 41(a)(2). The Defendants' stipulation hereto shall be without prejudice to the Defendants' entitlement (if any) to seek and/or recover Defendants' reasonable attorney fees and/or costs under Fed. R. Civ. P. 54.

///

///

Respectfully Submitted,

DATED: November 7, 2017,

| CLARKE BALCOM LAW | WARREN ALLEN, LLP |
|---|---|
| s/ Joel D. Shapiro | s/ Sia Rezvani |
| Joel D. Shapiro, OSB #003814 | Sia Rezvani, OSB No. #020892 |
| Attorneys for Plaintiff | Attorneys for Defendants |

CERTIFICATE OF SERVICE

      The foregoing document was filed with the Clerk of the Court using the CM/ECF systems which will serve notification to such filing to:

Siavash Rezvani, OSB #020892
Attorneys for Defendants

Carrie Majors-Staab, OSB #980785
Attorneys for Defendants

Shawna R. Meyer, OSB #011580
Attorneys for Defendant

Leonard D. DuBoff, OSB #774378
Attorneys for Defendant

E. Clarke Balcom, OSB #011952
Attorneys for Plaintiff

                                              s/ Joel D. Shapiro
                                              Attorneys for Plaintiff